**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-1216**

---

SHERYL STARLIPER, for Eric Glen Starliper, Deceased,

       Plaintiff - Appellant,

    v.

CAROLYN W. COLVIN, Acting Commissioner, Social Security
Administration,

       Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, Chief District
Judge. (1:13-cv-03646-CCB)

---

Submitted: September 30, 2015      Decided: October 13, 2015

---

Before MOTZ and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Christine P. Benagh, COLLIER-BENAGH LAW, P.L.L.C., Washington,
D.C., for Appellant. Rod J. Rosenstein, United States Attorney,
Jay C. Hinsley, Special Assistant United States Attorney,
Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheryl Starliper appeals the district court's order accepting the magistrate judge's recommendation and upholding the Commissioner's denial of her husband's application for disability insurance benefits.* Our review of the Commissioner's determination is limited to evaluating whether the findings are supported by substantial evidence and whether the correct law was applied. See Mascio v. Colvin, 780 F.3d 632, 634 (4th Cir. 2015). We have thoroughly reviewed the parties' briefs, the administrative record, and the joint appendix, and we discern no reversible error. Accordingly, while we grant Starliper's motion to file a supplemental appendix, we affirm the district court's judgment. Starliper v. Colvin, No. 1:13-cv-03646-CCB (D. Md. Jan. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* Sheryl Starliper was substituted as the party in interest after the claimant's death.